# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:08-cr-51-T-26EAJ

PABLO RODRIGUEZ-CUERO

_____/

## <u>O R D E R</u>

Defendant, proceeding *pro se*, has filed a motion seeking an order from this Court reducing his previously imposed sentence of imprisonment of 135 months based on substantial assistance provided to the Government.  Because Defendant has neither alleged nor made a substantial showing that the Government's refusal to file a motion for reduction of sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure was based on an unconstitutional motive, this Court lacks the authority to review the Government's discretionary decision under the rule to file such a motion.  <u>See</u> <u>United States v. Cannon</u>, case number 10-14474 (11th Cir. Oct. 18, 2011) (unpublished opinion) (and cases cited).

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Reduction of Sentence Based on Petitioner's Substantial Cooperation and Assistance (Dkt. 71) is **denied**.

**DONE AND ORDERED** at Tampa, Florida, on October 19, 2011.


_s/Richard A. Lazzara_

**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record